# EXHIBIT B

April 24, 2025

Dear Customer,

The following is the proof-of-delivery for tracking number: 771916640760

**Delivery Information:**

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | Shipping/Receiving |
| **Signed for by:** | J.REYES | **Delivery Location:** | |
| **Service type:** | FedEx Standard Overnight | | |
| **Special Handling:** | Deliver Weekday; Direct Signature Required | | WASHINGTON, DC, |
| | | **Delivery date:** | Feb 7, 2025 10:13 |

**Shipping Information:**

| | | | |
|---|---|---|---|
| **Tracking number:** | 771916640760 | **Ship Date:** | Feb 6, 2025 |
| | | **Weight:** | 0.5 LB/0.23 KG |

**Recipient:**

WASHINGTON, DC, US,

**Shipper:**

NEW YORK, NY, US,

FedEx Express proof-of-delivery details appear below; however, no signature is currently available for this shipment. Please check again later for a signature.

Thank you for choosing FedEx

April 24, 2025

Dear Customer,

The following is the proof-of-delivery for tracking number: 771916558120

| Delivery Information: | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | Shipping/Receiving |
| **Signed for by:** | A.ANDREW WHITE | **Delivery Location:** | |
| **Service type:** | FedEx Standard Overnight | | |
| **Special Handling:** | Deliver Weekday; Direct Signature Required | | WASHINGTON, DC, |
| | | **Delivery date:** | Feb 7, 2025 09:21 |

| Shipping Information: | | | |
|---|---|---|---|
| **Tracking number:** | 771916558120 | **Ship Date:** | Feb 6, 2025 |
| | | **Weight:** | 0.5 LB/0.23 KG |

| **Recipient:** | **Shipper:** |
|---|---|
| WASHINGTON, DC, US, | NEW YORK, NY, US, |

FedEx Express proof-of-delivery details appear below; however, no signature is currently available for this shipment. Please check again later for a signature.

Thank you for choosing FedEx



July 29, 2025

Dear Customer,

The following is the proof-of-delivery for tracking number: 771916640760

| Delivery Information: | | | |
|---|---|---|---|
| Status: | Delivered | Delivered To: | Shipping/Receiving |
| Signed for by: | J.REYES | Delivery Location: | |
| Service type: | FedEx Standard Overnight | | |
| Special Handling: | Deliver Weekday; Direct Signature Required | | WASHINGTON, DC, |
| | | Delivery date: | Feb 7, 2025 10:13 |

| Shipping Information: | | | |
|---|---|---|---|
| Tracking number: | 771916640760 | Ship Date: | Feb 6, 2025 |
| | | Weight: | 0.5 LB/0.23 KG |

Recipient:  
WASHINGTON, DC, US,

Shipper:  
NEW YORK, NY, US,

FedEx Express proof-of-delivery details appear below; however, no signature is currently available for this shipment.  Please check again later for a signature.

Thank you for choosing FedEx

**FedEx**

April 24, 2025

Dear Customer,

The following is the proof-of-delivery for tracking number: 771916788643

| **Delivery Information:** | | | |
|---|---|---|---|
| Status: | Delivered | Delivered To: | Shipping/Receiving |
| Signed for by: | J.REYES | Delivery Location: | |
| Service type: | FedEx Standard Overnight | | |
| Special Handling: | Deliver Weekday; Direct Signature Required | | WASHINGTON, DC, |
| | | Delivery date: | Feb 7, 2025 10:13 |

| **Shipping Information:** | | | |
|---|---|---|---|
| Tracking number: | 771916788643 | Ship Date: | Feb 6, 2025 |
| | | Weight: | 0.5 LB/0.23 KG |

| Recipient: | Shipper: |
|---|---|
| WASHINGTON, DC, US, | NEW YORK, NY, US, |

FedEx Express proof-of-delivery details appear below; however, no signature is currently available for this shipment.  Please check again later for a signature.

Thank you for choosing FedEx

April 24, 2025

Dear Customer,

The following is the proof-of-delivery for tracking number: 771916852174

### Delivery Information:

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | Shipping/Receiving |
| **Signed for by:** | J.WASHINGTON | **Delivery Location:** | |
| **Service type:** | FedEx Standard Overnight | | |
| **Special Handling:** | Deliver Weekday; Direct Signature Required | | WASHINGTON, DC, |
| | | **Delivery date:** | Feb 7, 2025 10:19 |

### Shipping Information:

| | | | |
|---|---|---|---|
| **Tracking number:** | 771916852174 | **Ship Date:** | Feb 6, 2025 |
| | | **Weight:** | 0.5 LB/0.23 KG |

**Recipient:**

WASHINGTON, DC, US,

**Shipper:**

NEW YORK, NY, US,

FedEx Express proof-of-delivery details appear below; however, no signature is currently available for this shipment. Please check again later for a signature.

Thank you for choosing FedEx