AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | |
|---|---|
| Center for Constitutional Rights, et al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 25-CV-6214 (JPO) |
| United States Department of Defense, et al. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs .

Date: 08/27/2025

/s/ J. Wells Dixon
*Attorney's signature*

Jonathan Wells Dixon (JD-5055)
*Printed name and bar number*

Center for Constitutional Rights
666 Broadway, 7th Floor
New York, NY 10012
*Address*

wdixon@ccrjustice.org
*E-mail address*

(212) 614-6423
*Telephone number*

(212) 614-6423
*FAX number*