# UNITED STATES DISTRICT COURT
for the
Southern District of New York 

| | |
|---|---|
| CENTER FOR CONSTITUTIONAL RIGHTS et al.<br>*Plaintiff*<br>v.<br>UNITED STATES DEPARTMENT OF DEFENSE et al.<br>*Defendant* | )<br>)<br>)  Case No.  25-cv-06214<br>)<br>) |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Center for Constitutional Rights; Detention Watch Network; Haitian Bridge Alliance

Date:  08/28/2025

*Attorney's signature*

Angelo Guisado 5182688
*Printed name and bar number*
Center for Constitutional Rights
666 Broadway 7th Flr.
New York NY 10012

*Address*

aguisado@ccrjustice.org
*E-mail address*

(212) 614-6454
*Telephone number*

(212) 614-6499
*FAX number*