## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF NEW YORK

Center for Constitutional Rights,

        Plaintiff,

-against-　　　　　　　　　　　　　　　　　　1:25 Civ. __6214__ (_)

U.S. Department of Defense, et al.,　　　　**MOTION FOR ADMISSION PRO HAC VICE**

        Defendant.

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, __Ayla Kadah__ hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for __Center for Constitutional Rights__ in the above-captioned action.

I am in good standing of the bar(s) of the state(s) of __Washington__ and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: 9/12/2025

Respectfully Submitted,

__Ayla Kadah__

Applicant Signature: __/s/ Ayla Kadah__

Applicant's Name: __Ayla Kadah__

Firm Name: __Center for Constitutional Rights__

Address: __666 Broadway__

City/State/Zip: __New York, NY 10012__

Telephone/Fax: __212-614-6491__

Email: __akadah@ccrjustice.org__

# United States District Court
## Western District of Washington



## CERTIFICATE OF GOOD STANDING

I, Ravi Subramanian, Clerk of the United States District Court for the Western District of Washington, do hereby certify that **Ayla Kadah** was admitted to practice in said Court on April 11, 2025 to the Western District of Washington, and is in good standing as a member of the bar of said Court.

Dated at Seattle, Washington on the 15th day of August, 2025.

Ravi Subramanian
Clerk of Court

By: _____
Deputy Clerk



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**Attorney Declaration for Entry Pro Hac Vice**

**Case No. 1:25-cv-6214 Center for Constitutional Rights v. U.S. Department of Defense, et al.**

I, <u>Ayla Kadah, Wash. State Bar No. 61323</u>, hereby certify that (a) I have never been convicted of a felony, (b) I have never been censured, suspended, disbarred or denied admission or readmission by any court, and (c) there are no disciplinary proceedings presently against me. I have been a member in good standing of the Washington State bar since October 6, 2023.

Dated: September 12, 2025

Respectfully Submitted,

<u>/s/ Ayla Kadah</u>
Wash. State Bar No. 61323
Center for Constitutional Rights
666 Broadway, 7th Floor
New York, NY 10012
akadah@ccrjustice.org
(212) 614-6491

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Center for Constitutional Rights
                    Plaintiff,

-against-

U.S. Dept. of Defense, et al.,
                    Defendant.

1:25 cv 6214 (   )

ORDER FOR ADMISSION
PRO HAC VICE

The motion of __Ayla Kadah__, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he/she is a member in good standing of the bar(s) of the state(s) of __Washington__; and that his/her contact information is as follows (please print):

Applicant's Name: __Ayla Kadah__
Firm Name: __Center for Constitutional Rights__
Address: __666 Broadway__
City / State / Zip: __New York, NY 10012__
Telephone / Fax: __(212) 614-6491__

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for __Center for Constitutional Rights__ in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated:_____

_____
United States District / Magistrate Judge