

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*86 Chambers Street*
*New York, New York 10007*

January 9, 2026

**By ECF**
The Honorable Robert W. Lehrburger
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:  *Center for Constitutional Rights, et al. v. U.S. Dep't of Defense, et al.*
          No. 25-cv-6214 (RWL)

Dear Judge Lehrburger:

      This Office represents the defendants, six federal agencies (or agency components) (together, the "Government"), in the above referenced FOIA case. I write on behalf of all parties to provide the joint status report due today pursuant to the Court's December 22, 2025 Order. *See* ECF No. 36 (memo endorsement). The parties report the following progress on the Government's responses to Plaintiffs' FOIA request.

      As a general matter, the parties have met and conferred about ways to narrow the FOIA request and to prioritize certain categories of documents that are of particular interest to Plaintiffs. Plaintiffs have requested that two categories of records—records referencing *posse comitatus* and inter- and intra-agency memoranda—be prioritized (*i.e.*, processed first) and have agreed that publicly available news articles and similar materials need not be processed by the Government. The Government has asked Plaintiffs to consider agreeing that draft documents (which are likely to be withheld under Exemption 5) need not be processed and Plaintiffs expect to respond to that request by January 16, 2026. Each agency's position on Plaintiffs' two priority categories is provided below along with information about the status of their searches and/or releases.

      <u>U.S. Department of Defense ("DOD")</u>: The following DOD components have been tasked with conducting searches for responsive records: NORTHCOM, TRANSCOM, SOUTHCOM, Joint Task Force Southern Guard ("JTF-SG"), the Secretary's immediate office, the Office of General Counsel ("OGC"), the Office of the Undersecretary of War for Policy (the "Policy office"), and the Joint Staff. NORTHCOM and TRANSCOM have completed their searches and determined that they have no responsive records. The Secretary's office, OGC, SOUTHCOM, and the Joint Staff have completed their searches and are performing initial de-duplicating, responsiveness, and exemption reviews (and are focusing on Plaintiffs' two priority categories). These components' searches have yielded over 30,000 potentially responsive pages, a number that is expected to go down significantly following the aforementioned de-duplication and initial review. JTF-SG and the Policy office have not yet completed their searches. The parties are meeting and conferring as to whether Joint Task Force Guantanamo ("JTF-GTMO") or any of the

other DOD offices and components specified in Plaintiffs' FOIA request are likely to possess responsive records and thus must conduct searches for such records.

U.S. Department of Homeland Security ("DHS"): DHS has completed its search for responsive records and made its first release on September 29, 2025. DHS has 2,591 remaining pages to process, has agreed to prioritize Plaintiffs' two categories of records, and expects to make a release this month that will include all responsive, non-exempt records in those priority categories.

U.S. Immigration and Customs Enforcement ("ICE"): ICE has completed its search for and release of responsive, non-exempt records, having made its first and final release on December 11, 2025. The parties are meeting and conferring about the adequacy of this search.

U.S. Customs and Border Protection ("CBP"): CBP has completed its search for potentially responsive records, which yielded approximately 9,000 documents after de-duplication. CBP is currently in the process of reviewing those documents and identifying records in Plaintiffs' two priority categories (which CBP has agreed to prioritize). CBP expects to need to coordinate with ICE and DHS to process its records because of overlapping agency equities.

U.S. Department of State ("State"): State is in the process of conducting its search for responsive records and expects to provide Plaintiffs with an estimate of when that search will be complete by next week. At that time, State will also provide Plaintiffs with the estimated volume of potentially responsive records that will need to be processed. Additionally, State has agreed to prioritize documents referencing *posse comitatus* and is still considering Plaintiffs' prioritization request regarding memoranda and will provide its position on that by next week as well.

U.S. Department of Citizenship and Immigration Services ("USCIS"): USCIS has completed its search, which located no responsive records. The parties are meeting and conferring about the adequacy of this search.

The parties will continue to work together on this matter and will provide another joint status report in 60 days, on March 10, 2026, as ordered. *See* ECF No. 36 (memo endorsement).

We thank the Court for its consideration of this submission.

Respectfully,

JAY CLAYTON
United States Attorney for the
Southern District of New York

By: */s/ Jennifer Jude*
JENNIFER JUDE
Assistant United States Attorney
jennifer.jude@usdoj.gov

cc: Plaintiffs' counsel (By ECF)