

*U.S. Department of Justice*

*United States Attorney
Southern District of New York*

---

*86 Chambers Street
New York, New York 10007*

March 10, 2026

**By ECF**
The Honorable Robert W. Lehrburger
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re: *Center for Constitutional Rights, et al. v. U.S. Dep't of Defense, et al.*
         No. 25-cv-6214 (RWL)

Dear Judge Lehrburger:

      This Office represents the defendants, six federal agencies (or agency components) (together, the "Government"), in the above referenced FOIA case. I write on behalf of all parties to provide the joint status report due today pursuant to the Court's December 22, 2025 Order. *See* ECF No. 36 (memo endorsement). The parties incorporate the information from their last joint status report as background, *see* ECF No. 37, and report the following progress on the Government's responses to Plaintiffs' FOIA request in the last 60 days.

      U.S. Department of Defense ("DOD"): The Office of General Counsel ("OGC"), the Office of the Undersecretary of War for Policy (the "Policy office"), the Joint Staff, Joint Task Force Southern Guard ("JTF-SG"), and SOUTHCOM have all completed their searches. DOD has been working to narrow the number of pages (or documents) that need to be processed by conducting initial reviews. At present, each component has identified the following potentially responsive records: OGC has 2,846 unclassified documents and 1,584 classified documents; the Secretary's office has 2,006 unclassified documents and 521 classified documents; the Joint Staff has 4,116 unclassified documents and 3,230 classified documents; JTF-SG has 118 pages, all unclassified; SOUTHCOM has 2,341 unclassified pages and 259 classified pages; and the Policy office has 254 pages, all unclassified. Some of these potentially responsive documents have been sent out to other agencies for consultations. DOD anticipates making its first release at the end of this month, but notes that its overall processing is complicated by the need to decrypt many emails, the declassification review required for the classified documents, and the need for extensive inter- and intra-agency consultations, which is further complicated by the current DHS shutdown.

      U.S. Department of Homeland Security ("DHS"): DHS has completed its search for responsive records and made its first release on September 29, 2025, and its second release on February 5, 2026. However, DHS FOIA employees are currently furloughed and have not been excepted to work on FOIA litigation. As such, DHS will not be able to review, process, or release any responsive records until the lapse in appropriations ends.

<u>U.S. Immigration and Customs Enforcement ("ICE")</u>: ICE completed its search for and release of responsive, non-exempt records, having made its first and final release on December 11, 2025. The parties are in the process of meeting and conferring about the adequacy of this search. However, those discussions are presently on hold because the ICE personnel assigned to this matter are prohibited from working on this case as a result of the DHS lapse in appropriations. Once appropriations are restored, ICE will resume these discussions.

<u>U.S. Customs and Border Protection ("CBP")</u>: CBP completed its search for potentially responsive records and made its first release on January 16, 2026, and its second release on February 25, 2026. On March 10, 2026, the contract CBP utilizes for FOIA support expired, and a new contract for FOIA support cannot be executed until DHS's lapse in appropriations ends. Because the loss of this contract creates a strain on CBP's FOIA office, CBP has determined that it can no longer process FOIA requests or issue FOIA releases until the lapse in appropriations has ended.

<u>U.S. Department of State ("State")</u>: State is in the process of conducting its search for responsive records and expects to complete that search on or around March 31, 2026. As of this filing, State has located approximately 825 potentially responsive documents. When its search is complete, State will provide Plaintiffs with updated document count and information about the timing of its first anticipated release.

<u>U.S. Department of Citizenship and Immigration Services ("USCIS")</u>: USCIS completed its search, which located no responsive records.

<u>Plaintiffs' Request for a Conference</u>: In accordance with the Court's December 22, 2025 order, *see* ECF No. 36, Plaintiffs hereby request a conference with the Court to address three issues: (1) DOD's refusal to conduct initial searches for responsive records within Joint Task Force-Guantanamo, Naval Station Guantanamo Bay, Departments of the Army and Navy, and other DOD components specified in Plaintiffs' FOIA request; (2) DOD's failure to produce any responsive records since Plaintiffs submitted their FOIA request more than a year ago; and (3) the continuing delays caused by the lapse in DHS appropriations, particularly concerning ICE. Plaintiffs' counsel request that a conference not be scheduled prior to the week of March 30, 2026 due to other case-related conflicts.

In the meantime, the parties will continue to work together on this matter and will provide another joint status report in 60 days, on May 11, 2026, as ordered. *See* ECF No. 36 (memo endorsement).

We thank the Court for its consideration of this submission.

        Respectfully,

        JAY CLAYTON
        United States Attorney for the
        Southern District of New York

By: */s/ Jennifer Jude*
        JENNIFER JUDE
        Assistant United States Attorney
        jennifer.jude@usdoj.gov

cc: Plaintiffs' counsel (By ECF)