

666 Broadway, 7th Floor
New York, New York 10012
212-614-6464
ccrjustice.org

April 9, 2026

<u>Via ECF</u>

The Honorable Robert W. Lehrburger
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

     Re: *Center for Constitutional Rights, et al. v. U.S. Dep't of Defense, et al.*
        No. 25-cv-6214 (RWL)

Dear Judge Lehrburger:

    We represent Plaintiffs in the above-captioned Freedom of Information Act case. We write in advance of our conference scheduled Tuesday, April 14, 2026, at 9:30 a.m. to request public telephonic access to enable our clients and co-requestors to listen to the proceedings. We thank the Court for its consideration of this submission.

                        Respectfully submitted,
                        /s/ Angelo Guisado_____
                        Baher Azmy
                        J. Wells Dixon
                        Angelo Guisado
                        Ayla Kadah
                        CENTER FOR CONSTITUTIONAL RIGHTS
                        666 Broadway, 7th Fl.
                        New York, N.Y. 10012
                        Tel: (212) 614-6454
                        Email: aguisado@ccrjustice.org

cc: All parties (via ECF)