UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CENTER FOR CONSTITUTIONAL RIGHTS,     :
ET AL.,                                :
                                       :          25-CV-6214 (RWL)
                         Plaintiffs,   :
                                       :
           - against -                 :          **ORDER**
                                       :
UNITED STATES DEPARTMENT OF            :
DEFENSE, ET AL.,                       :
                                       :
                         Defendants.   :
------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

With respect to the issues raised by the parties in their joint letter at Dkt. 43, and as discussed at the case management conference held on April 15, 2026:

1.      Defendant Department of Defense ("DOD") shall conduct the FOIA search at issue of JTF-GTMO.

2.      The following agencies must resume immediately resume processing and production of the FOIA request at issue:  ICE, CBP, and DHS.

3.      By **May 6, 2026**, DOD shall file a declaration(s) explaining the extent to which the following are or are not custodians of records encompassed by the FOIA request at issue:  Naval Station Guantanamo Bay; the United States Army; the United States Navy; and Task Force Guardian.

4.      The parties shall meet and confer about the rate of processing and production of documents, and, if they are unable to resolve the matter, then by **May 6, 2026**, DOD shall file a declaration(s) addressing the rate at which it can process and produce documents in response to the FOIA request at issue.

The Clerk of Court is requested to terminate the letter motion at Dkt. 43.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: April 15, 2026
        New York, New York

Copies transmitted this date to all counsel of record.