

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*86 Chambers Street*
*New York, New York 10007*

May 6, 2026

**By ECF**
The Honorable Robert W. Lehrburger
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:  *Center for Constitutional Rights, et al. v. U.S. Dep't of Defense, et al.*
      No. 25-cv-6214 (RWL)

Dear Judge Lehrburger:

      This Office represents the defendants in the above-referenced FOIA case. On April 15, 2026, the Court ordered the U.S. Department of Defense ("DOD") to file one or more declarations explaining the extent to which Naval Station Guantanamo Bay ("NSGB"), the United States Army ("Army"), the United States Navy ("Navy"), and Task Force Guardian "are or are not custodians of records encompassed by the FOIA request at issued." ECF No. 47. The attached two declarations address Navy, NSGB, and Army. However, DOD needs additional time to provide a declaration addressing Task Force Guardian and we respectfully request one additional week, or until May 13, 2026, to do so. Plaintiffs consent to this request.

      I thank the Court for its consideration of this submission.

                       Respectfully,

                       JAY CLAYTON
                       United States Attorney for the
                       Southern District of New York

        By: */s/ Jennifer Jude*
                       JENNIFER JUDE
                       Assistant United States Attorney
                       86 Chambers Street, 3rd Floor
                       New York, NY 10007
                       (212) 637-2663
                       jennifer.jude@usdoj.gov

cc: Plaintiffs' counsel (By ECF)