

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*86 Chambers Street*
*New York, New York 10007*

May 11, 2026

The Court appreciates' the parties' cooperation in moving things forward. As requested, the next status report shall be filed by **July 13, 2026**.

SO ORDERED:

5/12/2026

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

**By ECF**
The Honorable Robert W. Lehrburger
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *Center for Constitutional Rights, et al. v. U.S. Dep't of Defense, et al.*
   No. 25-cv-6214 (RWL)

Dear Judge Lehrburger:

This Office represents the defendants, six federal agencies (or agency components) (together, the "Government"), in the above referenced FOIA case. I write on behalf of all parties to provide the joint status report due today. *See* ECF No. 36 (memo endorsement). The parties incorporate the information from their last joint status report as background, *see* ECF No. 38, and report the following progress on the Government's responses to Plaintiffs' FOIA request in the last 60 days.

   U.S. Department of Defense ("DOD"): DOD made its first release on March 31, 2026, and anticipates making its next release this week. As ordered by the Court, ECF No. 47 ¶ 1, DOD tasked JTF-GTMO with conducting a search for records responsive to Plaintiffs' FOIA request. That search is complete and returned no responsive records. At Plaintiffs' request, the parties will meet and confer regarding the adequacy of that search. As also ordered by the Court, *see id.* ¶ 3, on May 6, 2026, the Government filed two declarations providing information about whether the Department of the Navy, Department of the Army, and Naval Station Guantanamo Bay are custodians of records responsive to the FOIA request. *See* ECF No. 48. As noted in the Navy declaration, DOD recently tasked certain Navy components with searching for records in response to the FOIA request. *See* ECF No. 48-1 ¶¶ 6-10. Another DOD component, TRANSCOM, has also agreed to conduct a follow up search for records responsive to the FOIA request. DOD is preparing a declaration providing information about whether Task Force Guardian is a custodian of records responsive to the FOIA request, which it expects to file by May 13, 2026. ECF No. 49 (memo endorsement). Finally, since the April 15, 2026 case management conference, the parties have conferred and have agreed upon a monthly processing/production rate for DOD for this case. *See* ECF No. 47 ¶ 4. Specifically, DOD will either produce 250 pages or process 1,500 pages each month. This is a combined DOD rate that may be satisfied by any combination of DOD components. The Government and Plaintiffs will revisit this rate by July 1 to determine whether the rate needs to be increased in light of Plaintiffs' goal of concluding this case ideally by the year's end.

   U.S. Department of Homeland Security ("DHS"): On May 4, 2026, following the resumption of FOIA processing for this case, *see* ECF No. 47 ¶ 2, DHS made its third release.

DHS has approximately 2,500 potentially responsive pages remaining to process and anticipates making its next release in early June.

U.S. Immigration and Customs Enforcement ("ICE"): ICE completed its search for and made its first and final release of records responsive to the FOIA request on December 11, 2025. ICE also referred some records to other agencies, the non-exempt portions of which will be released by those agencies when their referral process is complete. Upon resuming FOIA operations with respect to this case, *see* ECF No. 47 ¶ 2, ICE responded to questions from Plaintiffs about the adequacy of its search by confirming that it searched for records responsive to all of the subparts of Plaintiffs' FOIA request. ICE also agreed to conduct a follow-up search to confirm that it did not miss responsive records and will update Plaintiffs about the results of that search when the search is complete.

U.S. Customs and Border Protection ("CBP"): Following the resumption of FOIA operations with respect to this case, *see* ECF No. 47 ¶ 2, CBP has resumed processing and anticipates making its next release by June 1. CBP has approximately 70,000 pages of records remaining to process but anticipates that a large portion of these records are either not responsive or duplicates.

U.S. Department of State ("State"): State has completed its search for responsive records and estimates that, following a relevancy review, there are approximately 50 potentially responsive records to be processed. State expects to make its first release of records by mid- to late-June.

U.S. Department of Citizenship and Immigration Services ("USCIS"): USCIS completed its search, which located no responsive records. USCIS has agreed to conduct a follow-up search for records related to credible fear interviews conducted by USCIS referenced in a recent government report. When that search is complete, USCIS will let Plaintiffs know whether it located any potentially responsive records.

The parties will continue to work together on this matter and will provide another joint status report in approximately 60 days. *See* ECF No. 36 (memo endorsement). Because counsel for the Government will be out of the country during the week of July 6-10, 2026, the parties respectfully request that they file their next update on July 13, 2026.

We thank the Court for its consideration of this submission.

Respectfully,

JAY CLAYTON
United States Attorney for the
Southern District of New York

By: */s/ Jennifer Jude*
JENNIFER JUDE
Assistant United States Attorney
jennifer.jude@usdoj.gov

cc: Plaintiffs' counsel (By ECF)