

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*86 Chambers Street*
*New York, New York 10007*

May 14, 2026

**By ECF**

The Honorable Robert W. Lehrburger
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

> Re: *Center for Constitutional Rights, et al. v. U.S. Dep't of Defense, et al.*
> No. 25-cv-6214 (RWL)

Dear Judge Lehrburger:

This Office represents the defendants in the above-referenced FOIA case. On April 15, 2026, the Court ordered the U.S. Department of Defense ("DOD") to file declarations explaining the extent to which Naval Station Guantanamo Bay ("NSGB"), the United States Army ("Army"), the United States Navy ("Navy"), and Task Force Guardian "are or are not custodians of records encompassed by the FOIA request at issued." ECF No. 47. On May 6, 2026, the Government filed declarations addressing Navy, NSGB, and Army and requested one additional week (or until May 13) to provide a declaration addressing Task Force Guardian. ECF No. 48. The Court granted that request. ECF No. 49.

I write to provide this declaration, which is attached hereto; to apologize to the Court for providing it one day after the deadline owing to a miscommunication within the agency; and to request *nunc pro tunc* permission for this filing.

I thank the Court for its consideration of this submission.

Respectfully,

JAY CLAYTON
United States Attorney for the
Southern District of New York

By: */s/ Jennifer Jude*
JENNIFER JUDE
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, NY 10007
(212) 637-2663
jennifer.jude@usdoj.gov

cc: Plaintiffs' counsel (By ECF)