CENTER FOR CONSTITUTIONAL RIGHTS;
DETENTION WATCH NETWORK; and
HAITIAN BRIDGE ALLIANCE,

        Plaintiffs,

    v.

UNITED STATES DEPARTMENT OF
DEFENSE; UNITED STATES DEPARTMENT
OF HOMELAND SECURITY; UNITED STATES
IMMIGRATION AND CUSTOMS
ENFORCEMENT; UNITED STATES CUSTOMS
AND BORDER PROTECTION; UNITED
STATES DEPARTMENT OF STATE; and
UNITED STATES CITIZENSHIP AND
IMMIGRATION SERVICES,

        Defendants.

No. 25 Civ. 6214 (RWL)

## DECLARATION OF COL. JAMES B. REID

I, Col. James B. Reid, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1.      I am the Commander of Joint Task Force Southern Guard (JTF-SG) at Guantanamo Bay, Cuba.  I have held this position since 22 April 2026.

2.      I am familiar with the FOIA request made by Plaintiffs seeking DOD public records involving reported expansion of the Migrant Operations Center (MOC) at the United States' Naval Station at Guantanamo Bay, Cuba (NSGB).

3.      The purpose of this declaration is to respond to Plaintiffs' request for Task Force Guardian (TF-Guardian) to conduct a search for responsive records.

4.      The military unit known as TF-Guardian is a reference to a Military Police (MP) task force subordinate to JTF-SG. The name of this organization is Task Force GUARD (TF-GUARD) although in the past the unit has self-identified informally as Task Force Guardian. Both names, TF-Guardian and TF GUARD are a reference to the

same MP task force. The primary responsibility of TF-GUARD is to provide the facility

housing to illegal aliens awaiting safe and humane return to their home countries after

having been issued a final order of removal by a U.S. Immigration Court. TF GUARD

does not have a custodian of records, as their records fall under JTF-SG.


Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and

correct to the best of my knowledge.

Dated the 14th day of May 2026.


_____

Col. James B. Reid
Commander, JTF-SG

2