UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CENTER FOR CONSTITUTIONAL RIGHTS,      :
ET AL.,                                :
                                       :           25-CV-6214 (RWL)
                    Plaintiffs,        :
                                       :
          - against -                  :           **ORDER**
                                       :
UNITED STATES DEPARTMENT OF            :
DEFENSE, ET AL.,                       :
                                       :
                    Defendants.        :
------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

Having considered the parties' joint letter at Dkt. 56, the Court orders as follows:

1.    **DOD:**  DOD shall continue to produce at least 250 pages of records or process 1500 pages of records each month.  DOD shall complete processing and production of all non-exempt, responsive records by **December 31, 2026**, excluding records sent for referral/consult.  All records that require referral/consult shall be provided to the referral/consulting agency as soon as practically possible but in no event later than **December 17, 2026**.  DOD shall proactively follow up with the referral/consulting agency with the aim of securing prompt processing by the referral/consulting agency.

2.    **DHS:** DHS shall complete its processing by **September 14, 2026**, and shall produce all non-exempt, responsive records by **September 30, 2026**, excluding records sent for referral/consultation.  All records that require referral/consult shall be provided to the referral/consulting agency as soon as practically possible but in no event later than **September 14, 2026**.  DHS shall proactively follow up with the referral/consulting agency with the aim of securing prompt processing by the referral/consulting agency.

**3.**    **ICE:**  ICE shall complete processing and production of all non-exempt, responsive records by **August 31, 2026**, excluding records sent for referral/consultation.  All records that require referral/consult shall be provided to the referral/consulting agency as soon as practically possible but in no event later than **August 31, 2026**.  ICE shall proactively follow up with the referral/consulting agency with the aim of securing prompt processing by the referral/consulting agency.

**4.**    **CBP:**  CBP shall process at least 500 pages of records per month.  The parties shall continue their discussions regarding potential search terms to narrow the scope of documents for review.  CBP shall provide to Plaintiffs a hit-count of the agreed upon search terms.  The parties shall then meet and confer about rate of processing and production and report to the Court thereon by **August 27, 2026**.

**5.**    **State:**  State shall make its next production of responsive, non-exempt records by **August 17, 2026**, and shall complete processing and production of all non-exempt responsive records by **September 30, 2026**.

**6.**    **UCSIS:**  The Court understands that USCIS completed its search, which located no responsive records.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: July 29, 2026
        New York, New York

Copies transmitted this date to all counsel of record.

2