**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

September 11, 2026

**By ECF**
The Honorable Robert W. Lehrburger
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *Center for Constitutional Rights, et al. v. U.S. Dep't of Defense, et al.*
No. 25-cv-6214 (RWL)

Dear Judge Lehrburger:

This Office represents the defendants, six federal agencies (or agency components) (together, the "Government"), in the above referenced FOIA case. I write on behalf of all parties to provide the joint status report ("JSR") due today. *See* ECF No. 55 (memo endorsement). The parties incorporate the information from their last joint status report as background, *see* ECF No. 54, and report the following progress on the Government's responses to Plaintiffs' FOIA request in the last 60 days. I also write, with Plaintiffs' consent, to request a short extension of the deadline to provide a declaration supporting the position of defendant U.S. Customs and Border Protection with respect to its processing rate. *See* ECF No. 61 (memo endorsement).

The Government's Updates:

U.S. Department of Defense ("DOD"): Since the last JSR, DOD has made two releases, on August 3[1] and August 31, 2026. DOD anticipates making its next release of records by September 30, 2026.

U.S. Department of Homeland Security ("DHS"): Since the last JSR, DHS made one release on August 14, 2026. DHS anticipates making its next release next week, after which time the only remaining records to be processed are 405 pages of consultations that are currently under review by other agencies.

U.S. Immigration and Customs Enforcement ("ICE"): On August 31, 2026, ICE made a release of all responsive, non-exempt records located through its follow-up search (as described in previous JSRs). ICE referred some records from its initial search to other agencies, the non-exempt portions of which will be released by those agencies when their referral process is complete.

[1] Due to an oversight by the undersigned counsel, DOD's July 31 release was not made available to Plaintiffs to download until August 3.

U.S. Customs and Border Protection ("CBP"): On August 24, 2026, CBP sent Plaintiffs a letter stating that it had processed 1,181 pages of records, 25 of which had been referred to other agencies, 24 of which were withheld in full under FOIA exemptions 5 and 7(e), 1,099 of which had been determined to be not responsive to Plaintiffs' FOIA request, and 33 of which were duplicates. CBP anticipates making its next release of records by the end of this month. Further, as discussed in the joint letter the parties filed on September 3, 2026, the parties have agreed on a framework for CBP's processing going forward, which the agency has already put into effect. *See* ECF No. 61.

U.S. Department of State ("State"): State made a release on August 17, 2026, and expects to make its final release by September 30, 2026, pending the return of two records sent for consultation to two other agencies.

U.S. Department of Citizenship and Immigration Services ("USCIS"): USCIS performed an initial and a follow-up search for records responsive to Plaintiffs' FOIA request and has reported to Plaintiffs that neither search located any responsive records.

The parties will continue to work together on this matter and propose providing another joint status report in 60 days, or by November 10, 2026.

The Government's Extension Request:

As noted above, the Government also respectfully requests that CBP's deadline to submit a declaration in support of its position with respect to its monthly processing rate be extended from September 18, to September 21, 2026. *See* ECF No. 61 (memo endorsement). The reason for the request is that the undersigned counsel will be out of the office next week, returning on September 21. This is the Government's first request for an extension of this deadline and Plaintiffs consent to the request.

We thank the Court for its consideration of this submission.

Respectfully,

JAMES M. MCDONALD
United States Attorney for the
Southern District of New York

By: */s/ Jennifer Jude*
JENNIFER JUDE
Assistant United States Attorney
Tel.: (212) 637-2663
jennifer.jude@usdoj.gov

cc: Plaintiffs' counsel (By ECF)