**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

CENTER FOR CONSTITUTIONAL RIGHTS; DETENTION WATCH NETWORK; HAITIAN BRIDGE ALLIANCE,

Plaintiffs,

v.

UNITED STATED DEPARTMENT OF DEFENSE, *et al.*,

Defendants.

Case No. 25-cv-6214-RWL

Granted.

SO ORDERED:

9/28/2026

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

**MOTION FOR LEAVE TO WITHDRAW AS COUNSEL**

Pursuant to Local Civil Rule 1.4, I, Ayla Kadah, respectfully seek leave to withdraw my appearance as attorney for Plaintiffs in this matter because of my upcoming departure from the Center for Constitutional Rights ("CCR"). Plaintiffs will continue to be represented in this matter by experienced attorneys at CCR, who have previously entered their appearances. My withdrawal as counsel would not cause disruption to the proceeding or adversely affect Plaintiffs' interests. I am not asserting a retaining or charging lien.

Dated: September 25, 2026
New York, NY

Respectfully submitted,

*/s/ Ayla Kadah*

Ayla Kadah
Center for Constitutional Rights
666 Broadway, Fl. 7
New York, NY 10012
(212) 614-6491
akadah@ccrjustice.org