UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CENTER FOR CONSTITUTIONAL RIGHTS, ET AL., Plaintiffs, - against - UNITED STATES DEPARTMENT OF DEFENSE, ET AL., Defendants. | 25-CV-6214 (RWL) **ORDER** |

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

This order resolves Plaintiff's request that the Court require CBP to increase its processing rate of documents for FOIA purposes in this case from 500 pages per month to 5,000 pages per month. The Court has reviewed the parties' submissions, including the Declaration of Patrick Howard at Dkt. 64 (which addresses FOIA processing by CBP only at a general level and not with regard to any of the specifics about this particular case) and Plaintiff's response thereto at Dkt. 65, and has considered all relevant factors, such as what has been accomplished so far; what remains to be accomplished; the demands placed on CBP with respect to FOIA requests beyond just this case (which have substantially increased over the last decade); the relative resources of CBP's FOIA personnel; and the progress (or lack thereof) in this litigation to date. The Court finds that the processing rate requested by Plaintiff is likely unduly burdensome but agrees that the current required processing rate of 500 pages per month is inadequate. In earlier months this year, CBP processed more than 1,000 pages per month (including more than 1,500 pages in February, the shortest month of the year).

Accordingly, CBP shall increase its processing rate for this case to at least 2,000 pages per month. Further, in all instances in which a processor determines a particular record requires referral or consultation to another agency, the processor shall forward the record for that referral or consultation promptly after that determination and shall proactively follow up with the referral or consulting agency.

SO ORDERED.

ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: September 28, 2026
New York, New York

Copies transmitted this date to all counsel of record.