**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

November 10, 2026

**By ECF**
The Honorable Robert W. Lehrburger
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *Center for Constitutional Rights, et al. v. U.S. Dep't of Defense, et al.*
No. 25-cv-6214 (RWL)

Dear Judge Lehrburger:

This Office represents the defendants, six federal agencies (or agency components) (together, the "Government"), in the above referenced FOIA case. I write on behalf of all parties to provide the joint status report ("JSR") due today. *See* ECF No. 63 (memo endorsement). The parties incorporate the information from their last joint status report as background, *see* ECF No. 62, and report the following progress on the Government's responses to Plaintiffs' FOIA request in the last 60 days.

The Government's Updates:

U.S. Department of Defense ("DOD"): Since the last JSR, DOD has made two releases, on September 30 and October 30, 2026. DOD anticipates making its next release of records by November 30, 2026.

U.S. Department of Homeland Security ("DHS"): Since the last JSR, DHS made one release on September 16, 2026. The only remaining records to be processed are 405 pages of consultations that are currently under review by other agencies. DHS has requested updates from the three agencies to which it referred documents and one agency responded that it expects to return the records next week, another agency responded that it expects to return the records in early December, and the third agency has not yet responded.

U.S. Immigration and Customs Enforcement ("ICE"): In the last JSR, the Government reported that ICE had made a release "of all responsive, non-exempt records located through its follow-up search (as described in previous JSRs)" and that it had referred records to other agencies. *See* ECF No. 62. In preparing today's JSR, the Government learned from ICE that this information was not accurate and that, in fact, there are approximately 2500 additional pages of records remaining to process. ICE anticipates making a release of approximately 84 of these pages (plus five spreadsheets) next week and can commit to processing the remaining records at a rate of 750 pages per month in an effort to move this case to completion as quickly as possible. The Government apologizes to the Court and to Plaintiffs for this error and for failing to comply with

the Court's July 29, 2026 Order. *See* ECF No. 57 at 2. The parties will meet and confer regarding this new information from ICE, including the proposed processing rate.

U.S. Customs and Border Protection ("CBP"): Since the last JSR, CBP has made two releases, on September 30 and October 30. In October, the first full month after the Court's September 28 order directing CBP to process at least 2000 pages per month, ECF No. 68, CBP processed 2057 pages. CBP anticipates making its next release by November 30.

U.S. Department of State ("State"): Since the last JSR, State completed its processing of records by sending Plaintiffs a letter on September 30, 2026, which stated that, of the records remaining, State had determined that one record must be withheld in full, two records are not responsive to Plaintiffs' FOIA request, and two records require consultation with another agency. State sent the two remaining records requiring consultation to an external agency on October 1, 2026, and has requested updates regarding these records from that agency.

U.S. Department of Citizenship and Immigration Services ("USCIS"): USCIS performed an initial and a follow-up search for records responsive to Plaintiffs' FOIA request and has reported to Plaintiffs that neither search located any responsive records.

The parties will continue to work together on this matter and propose providing another joint status report in 60 days, or by January 11, 2026.

We thank the Court for its consideration of this submission.

Respectfully,

JAMES M. MCDONALD
United States Attorney for the
Southern District of New York

By: */s/ Jennifer Jude*
JENNIFER JUDE
Assistant United States Attorney
Tel.: (212) 637-2663
jennifer.jude@usdoj.gov

cc: Plaintiffs' counsel (By ECF)